IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00258-RPM-MEH

EIGHTH DISTRICT ELECTRICAL PENSION FUND,
EIGHTH DISTRICT ELECTRICAL PENSION FUND ANNUITY PLAN,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL PENSION FUND & ANNUITY PLAN,
EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
TRUSTEES OF EIGHTH DISTRICT ELECTRICAL BENEFIT TRUST FUND,
DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE, and
TRUSTEES OF DENVER JOINT ELECTRICAL APPRENTICESHIP AND TRAINING COMMITTEE,

Plaintiffs,

v.

ELIZONDO ELECTRIC, INC.,

Defendant.

## ORDER DISMISSING ACTION

This matter comes before the Court on Plaintiffs' Notice of Dismissal. Having considered the Notice and the pleadings and being fully advised, the Court hereby ORDERS that this action is dismissed with prejudice, each party to bear its own costs and fees.

Dated this 14th day of November, 2007.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
U.S. District Court Judge